| | | |
|---|---|---|
| GERALD PAUL BODET, JR., | ) | CIVIL ACTION |
| Plaintiff, | ) | No. 09-3068 |
| v. | ) | JUDGE: TRICHE MILAZZO |
| CHARTER COMMUNICATIONS INC., CHARTER COMMUNICATIONS HOLDING COMPANY, LLC, AND CHARTER COMMUNICATIONS, LLC, | ) | Magistrate: SHUSHAN |
| Defendants. | ) | |

**PROPOSED ORDER FOR CONSENT MOTION TO RECOGNIZE AGREED UPON DEADLINES BETWEEN PLAINTIFF AND DEFENDANTS**

Upon consideration of the foregoing Consent Motion to Recognize Agreed Upon Deadlines Between Plaintifs and Defendants,

**IT IS ORDERED** that: Defendants' expert reports for class certification will be due on January 23, 2012; Defendants' brief in opposition to class certification will be due on February 7, 2012; and Plaintiff's reply brief in support of class certification will be due on February 26, 2012. All other dates remain as previously set by the Court with the exception that expert depositions will be concluded by February 10, 2012.

**SO ORDERED.**

New Orleans, Louisiana, this 10th day of January, 2012

_____
UNITED STATES DISTRICT JUDGE

{N2405735.1}