# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GERALD PAUL BODET, JR., | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | No. 09-3068 |
| | ) | |
| v. | ) | JUDGE: TRICHE MILAZZO |
| | ) | |
| CHARTER COMMUNICATIONS INC., | ) | Magistrate: Shushan |
| CHARTER COMMUNICATIONS HOLDING COMPANY, LLC, AND CHARTER COMMUNICATIONS, LLC, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

## ORDER OF DISMISSAL

This matter comes before the Court on plaintiff's unopposed Motion for Voluntary Dismissal (Doc. 118).

1. Plaintiff and his counsel have represented that, after an extensive expenditure of legal resources and a detailed review of the facts by attorneys and experts, they have determined not to further pursue claims that Charter requires or required subscribers to lease set-top boxes from Charter in order to receive Charter's premium cable services.

2. Under these circumstances, plaintiff and his counsel are no longer seeking to certify a nationwide class, withdrawing their class allegations, and the plaintiff hereby voluntarily dismisses his individual claims with prejudice.

Upon consideration of the foregoing, the record as a whole, and for good cause:

1. The plaintiff's claim is DISMISSED WITH PREJUDICE.

2. The Clerk of Court accordingly shall close the Court file in this matter.

SO ORDERED.

SIGNED this 7th day of September, 2012.

_____
THE HONORABLE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE